IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE: CHAPTER 13 PETITION OF:     Case No. 21-09596

David G. Schultz,                                )       JUDGE: Baer

Debtor.                                         TRUSTEE: Stearns

### OBJECTION TO CLAIM OF CREDITOR DEBORAH SCHULTZ

Debtor David G. Schultz, by his attorney, Jay M. Reese, states as follows as his Objection to the Claim of Creditor Deborah H. Schultz:

1. That priority creditor Deborah H. Schultz (hereinafter in the following paragraphs of this objection shall be referred to as "Deborah") filed a claim on August 30, 2021, for unpaid maintenance in DuPage County Circuit Court case 2005 D 627, in which Debtor David G. Schultz (hereinafter referred to as "David") and priority creditor Deborah H. Schultz are parties in litigation.

2. That said claim alleges an amount of $464,171 as and for unpaid maintenance from David to Deborah.

3. That the total claim of $464,171 includes accrued interest which is alleged as part of Deborah's claim to be $92,110.

4. That without the amount claimed for interest of $92,110, David asserts that at the actual amount being alleged by Deborah should be, according to her calculation, $331,790.

5. That said circuit court case was in the status of being appealed from decisions made in the circuit court on April 12, 2021, and May 19, 2021.

6. That the Judge who entered the orders being appealed from, was herself removed from the circuit court case on July 8, 2021, pursuant to David's Petition for Substitution of Judge for Cause, alleging that the Judge heretofore mentioned, had exhibited actual prejudice towards David while she presided over his case.

7. That said interest is based on a ruling made in 2015 by a now retired DuPage County Judge, who would testify if subpoenaed for an evidentiary hearing that the said Maintenance was modified to be periodic rather than permanent .

8. That the Debtor did list Rental Income as an answer to Question 5 in the SOFA.

9. That David would testify that during the pandemic from March of 2020 through July of 2021 when there were virtually no passenger flights, David though not working did continue to pay his full Maintenance payment from Union Benefits.

10. That this Case was not filed in bad faith, but to preserve his assets should he be forced to retire as an Airline Pilot because of his age of currently 64 years

11. That Deborah waited over 5 years to file her Petition in the State Court for David's Failure to comply with the State Court's April 15, 2015 Order.

12. That the State Court Order of 2015 at lines numbered 10 -15 questions Deborah's credibility.

WHEREFORE, Debtor prays that this Honorable Court disallow Deborah's claim as filed, and further that Deborah should be directed to amend her claim to no greater than $331,790.

Jay M. Reese #2301873
Attorney for Debtor
357 S. Ardmore Ave.
Villa Park, IL 60181
630-628-0773
lawofficeofjmreese@sbcglobal.net

_____
Jay Reese